# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darrell Marvin,<br><br>    Plaintiff,<br><br>v.<br><br>Elizabeth Lake, et al.,<br><br>    Defendants. | No. CV-17-01317-PHX-DLR<br><br>**ORDER** |

Before the Court are United States Magistrate Judge Bridget S. Bade's Report and Recommendation ("R&R") and Plaintiff's Motion to Continue Trial. (Docs. 30, 31.) The R&R recommends that the Court dismiss this action without prejudice for failure to prosecute. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff did not file objections. Instead, Plaintiff filed a motion to continue trial, which does not address the R&R. (Doc. 31.) The Court nonetheless has reviewed the R&R and finds that it is well-taken. The Court will accept the R&R, dismiss this action without prejudice due to Plaintiff's failure to prosecute, and deny as moot Plaintiff's motion to continue trial.

**IT IS ORDERED** that Magistrate Judge Bade's R&R (Doc. 30) is **ACCEPTED**.

| | |
|---|---|
| 1 | This action is **DISMISSED** without prejudice. |
| 2 | **IT IS FURTHER ORDERED** that Plaintiff's motion to continue trial (Doc. 31) |
| 3 | is **DENIED** as moot. |
| 4 | **IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate this |
| 5 | case. |
| 6 | Dated this 18th day of May, 2018. |

*(signature)*
Douglas L. Rayes
United States District Judge